

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jacory Dewayne Bussey, Appellant

No. 06-13-00152-CR          v.

The State of Texas, Appellee

Appeal from the 145th District Court of Nacogdoches County, Texas (Tr. Ct. No. F1219308).      Memorandum    Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Jacory Dewayne Bussey, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 9, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk